Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
Telephone: 916.438.7711
Fax: 916.864.1359

Attorney for Defendant
JAVIER CASTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>HECTOR CASTANEDA, et al.,<br><br>           Defendants. | No. 2:13-CR-00357-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Christopher Haydn-Myer, attorney for defendant Hector Castaneda; Dina Santos, attorney for defendant Jose Amador; Christopher Carlos, attorney for defendant Stacy Miller; Michael E. Hansen, attorney for defendant Javier Castro; Curtis Rodriguez, attorney for defendant Refugio Montoya; and Michael Petrik, Jr., attorney for defendant Hemant Solanki, that the previously-scheduled status conference date of February 4, 2014, be vacated and the matter set for status conference on

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

May 13, 2014, at 9:45 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Discovery provided to date includes five wiretaps and approximately 1,130 pages of reports.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, January 31, 2014, to and including May 13, 2014.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  January 31, 2014                 Respectfully submitted,

                                         /s/ Michael E. Hansen
                                         MICHAEL E. HANSEN
                                         Attorney for Defendant
                                         JAVIER CASTRO

Dated:  January 31, 2014                 /s/ Michael E. Hansen for
                                         CHRISTOPHER HAYDN-MYER
                                         Attorney for Defendant
                                         HECTOR CASTANEDA

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

```
1  Dated:  January 31, 2014           /s/ Michael E. Hansen for
                                      DINA SANTOS
2                                     Attorney for Defendant
                                      JOSE AMADOR
3
   Dated:  January 31, 2014           /s/ Michael E. Hansen for
4                                     CHRISTOPHER CARLOS
                                      Attorney for Defendant
5                                     STACY MILLER

6  Dated:  January 31, 2014           /s/ Michael E. Hansen for
                                      CURTIS RODRIGUEZ
7                                     Attorney for Defendant
                                      REFUGIO MONTOYA
8  Dated:  January 31, 2014           HEATHER E. WILLIAMS
                                      Federal Defender
9
                                      By: /s/ Michael E. Hansen for
10                                    MICHAEL PETRIK, JR.
                                      Attorney for Defendant
11                                    HEMANT SOLANKI

12 Dated:  January 31, 2014           BENJAMIN B. WAGNER
                                      United States Attorney
13
                                      By:  /s/ Michael E. Hansen for
14                                    JASON HITT
                                      Assistant U.S. Attorney
15                                    Attorney for Plaintiff
```

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 31, 2014, to and including May 13, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the February 4, 2014, status conference shall be continued until May 13, 2014, at 9:45 a.m.

**IT IS SO ORDERED.**

Dated:    1/31/2014

_____/s/ John A. Mendez_____
                                JOHN A. MENDEZ
                                United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE