Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
Telephone: 916.438.7711
Fax: 916.864.1359

Attorney for Defendant
JAVIER CASTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-CR-00357-JAM |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| HECTOR CASTANEDA, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Javier Castro, that the previously-scheduled status conference date of March 1, 2016, be vacated and the matter set for change of plea on April 12, 2016, at 9:15 a.m.

This continuance is requested to allow Mr. Hansen additional time to review the proposed plea agreement with the defendant.

The Government concurs with this request.

1

STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE & SET COP HEARING

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, February 29, 2016, to and including April 12, 2016.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  February 29, 2016         Respectfully submitted,

                                  /s/ Michael E. Hansen
                                  MICHAEL E. HANSEN
                                  Attorney for Defendant
                                  JAVIER CASTRO

Dated:  February 29, 2016         BENJAMIN B. WAGNER
                                  United States Attorney

                                  By:  /s/ Michael E. Hansen for
                                  JASON HITT
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it

2

STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE & SET COP HEARING

is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 29, 2016, to and including April 12, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the March 1, 2016, status conference shall be vacated, and the matter set for change of plea on April 12, 2016, at 9:15 a.m.

**IT IS SO ORDERED.**

Dated:  2/29/2016
_____/s/ John A. Mendez_____
                         JOHN A. MENDEZ
                         United States District Court Judge

3

STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE & SET COP HEARING